GUSSIE REICHNER ET AL., PLAINTIFFS, v. SAMUEL T. DAVIDSON, DEFENDANT.

Decided September 5, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the applicant, *Weinberger & Weinberger*.

For the respondent, *Feder & Rinzler*.

PER CURIAM.

We have examined with care the petition and find it to be without merit.

The result is that the application for a rehearing is denied.